PROB 12C
33940

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

## Motion for Revocation on Offender Under Probation Supervision
Summons Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Edward L. Swisher | Case Number: | 5:07-M-1630-1 |

Name of Sentencing Judge: Honorable William A. Webb
Date of Original Sentence: November 6, 2007
Original Offense: 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (level 4)
Original Sentence: 12 month term of probation

| | | |
|---|---|---|
| Type of Supervision: | Probation | Supervision Started: 11/06/2007 |

Defense Attorney: Waived

## EARLIER COURT ACTION

1/25/2008      As a result of a Driving with a Revoked License offense, the court modified the conditions of probation to require the defendant to serve three days in jail.

## PETITIONING THE COURT

    Violation 1 -     <u>Failure to complete prescribed treatment program.</u>

As of this date, the defendant has not completed any of the required treatment hours as prescribed by his Driving While Impaired assessment.

    Violation 2 -     <u>Failure to pay a monetary obligation.</u>

As a condition of supervision, the defendant was ordered to pay a $500 fine and a $10 special assessment. On November 13, 2007, Swisher signed a payment agreement obligating himself to pay $51 per month beginning on January 15, 2008. As of this date, he has paid a total of $102 and is currently $357 in arrears.

In view thereof, we respectfully petition the court for the issuance of a summons and recommend that the term of supervision be revoked.

This the 10th day of October, 2008.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/Eddie J. Smith |
| Robert L. Thornton | Eddie J. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: October 10, 2008 |

SWISHER, Edward
Motion for Revocation- Summons requested
page 2

=================================================================================

THE COURT ORDERS:

☒ ORDER ISSUANCE OF A SUMMONS
☐ OTHER:

_____
William A. Webb
U.S. Magistrate Judge